UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDWARD G. BEAMON | ) | Case No.: 09-35677 |
| APRIL G. BEAMON | ) | **Chapter 7 Bankruptcy** |
| | ) | |
| Debtors. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtors.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 101, dated June 16, 2010 in the amount of $12.63 was mailed to the payee thereof, namely Edward G. and April G. Beamon. Said check was mailed to 805 Perry, LaPorte, IN 46350.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 107 in said amount payable to the Clerk, U.S. Bankruptcy Court.

DATED: October 13, 2010               /s/ Rebecca Hoyt Fischer
                                      Rebecca Hoyt Fischer, Trustee
                                      112 West Jefferson Blvd., Ste. 310
                                      South Bend, IN 46601
                                      Telephone: (507) 284-2354
                                      Facsimile: (574) 284-2356
                                      rebecca@ladfislaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2010, service of a true and complete copy of the above document was served by:

U.S. Trustee                                    Regina M. Wilkinson
USTRegion10.SO.ECF@usdoj.gov                    reginawilkinson@sbcglobal.net

And by first class postage paid mail upon the following:

Edward Beamon
April Beamon
805 Perry
LaPorte, IN 46350

                                      /s/ Rebecca H. Fischer
                                      Rebecca Hoyt Fischer